United States District Court
Southern District of Texas
**ENTERED**
November 24, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Amin Zehra, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. H-26-7199 |
| | § | |
| Markwayne Mullin, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER**

It is **ORDERED** that Respondents **SHALL** file an expedited response to Petitioner's Motion to Expedited Ruling on Her Verified Petition for a Writ of Habeas Corpus and Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (docket no. 14) **by December 4, 2026.**

**SIGNED** at Houston, Texas, on the 24th day of November, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE